## COMMISSIONER OF INTERNAL REVENUE v. May W. DAVIDSON.
### No. 5227.

Circuit Court of Appeals, Seventh Circuit.
April 13, 1934.

Frank J. Wideman, of Washington, D. C., for petitioner.

George K. Bowden, of Chicago, Ill., for respondent.

Before EVANS, SPARKS, and FITZHENRY, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court and the petition for a review of the decision of the United States Board of Tax Appeals entered on October 4, 1933, be, and the same is hereby, dismissed.

George K. Bowden, of Chicago, Ill., for respondent.

Before EVANS, SPARKS, and FITZHENRY, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court and that the petition for a review of the decision of the United States Board of Tax Appeals entered on October 4, 1933, be, and the same is hereby, dismissed.